Ronald N. Richards (SBN 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
P.O. Box 11480
Beverly Hills, CA 90213
Telephone:  (310) 556-1001
Facsimile:   (310) 277-3325
Email: ron@ronaldrichards.com

Geoffrey S. Long (SBN 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, CA 90266
Telephone:  (310) 480-5946
Facsimile:   (310) 796-5663
Email: glong0607@gmail.com

Attorneys for Specially Appearing Defendants NEM 2 LLC, a Nevada limited liability company, and NEIL MOFFITT, an individual

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALUMBO DESIGN, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>1169 HILLCREST, LLC, a Nevada limited liability corporation, NEM 2 LLC, a Nevada limited liability corporation fka NAM 2, Neil Moffitt, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-06664<br><br>**SPECIALLY APPEARING DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF**<br><br>Action Filed:   5/30/2019<br>Trial Date:      None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Specially Appearing Defendants NEM 2 LLC ("NEM 2") and NEIL MOFFITT ("Moffitt," collectively "Defendants") hereby remove to this Court the State Court action described below:

1. On May 30, 2019, Plaintiff PALUMBO DESIGN, LLC ("Plaintiff"), a California limited liability company, filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 19STCV18838. Attached hereto as Exhibit "A" is a true and correct copy of the Summons on First Amended Complaint and First Amended Complaint. Plaintiff served the Summons on First Amended Complaint and First Amended Complaint ("FAC") on July 2, 2019.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and in which the citizen of a foreign state is an additional party and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiff is a California limited liability company bearing entity no. 201408510736 with its headquarters and principal place of business in Los Angeles, California.

4. Defendant 1169 HILLCREST, LLC ("Hillcrest LLC") is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. NEM 2 LLC, formerly known as NAM 2 LLC, is the only member of Hillcrest LLC and is domiciled in and organized with its principal place of business in Nevada.

5. Defendant NEM 2 LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. Its sole member is domiciled in and has his principal place of business in the United Kingdom.

6. Defendant Neil Moffitt is the sole member of NEM 2 LLC and is a citizen of the United Kingdom and is domiciled in and a resident of the United Kingdom.

1

7. Plaintiff's lawsuit asserts causes of action against Defendants for breach of written contract and quantum meruit. In addition to a prayer for disgorgement, declaratory relief, and an order for an accounting, Plaintiff seeks the reasonable value of its services in the amount of $2,000,000 (FAC at ¶ 54) and/or a development services fee equal to 40% of the net profits from the sale of a $20,000,000 plus piece of real property (FAC at ¶¶ 24, 25, and 49).

8. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

9. Concurrently herewith, Defendants have filed a Notice of Filing Notice of Removal to Federal Court with the State Court.

10. The State Court First Amended Complaint and Summons on First Amended Complaint are the only pleadings which have been served on Defendants and, therefore, they are the only state court pleadings to produce to this Court at this time with this removal.

11. The undersigned counsel hereby certify that defendant 1169 Hillcrest, LLC consents to this removal.

Dated: August 1, 2019            LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, APC

By: /s/ Ronald Richards
    Ronald Richards, Esq.
Attorneys for Specially Appearing Defendants NEM 2 LLC and NEIL MOFFITT

Dated: August 1, 2019            LAW OFFICES OF GEOFFREY LONG, APC

By: /s/ Geoffrey Long
    Geoffrey Long, Esq.
Attorneys for Specially Appearing Defendants NEM 2 LLC and NEIL MOFFITT

2

**DECLARATION OF RONALD RICHARDS, ESQ**.

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am admitted to practice law in the United States District Court, Central District of California, and all Courts in the State of California. I am the principal of the Law Offices of Ronald Richards & Associates, A.P.C., the attorneys for Defendant 1169 HILLCREST, LLC and Specially Appearing Defendants NEM 2 LLC and Neil Moffitt (collectively "Defendants") in this action.

2. I have personal knowledge of the matters set forth herein, and if called to do so, could and would testify competently thereto.

3. This declaration is made in support of Defendants NEM 2 LLC and Neil Moffitt's' Notice of Removal of Action Under 28 U.S.C. §1441(b).

4. On May 30, 2019, Plaintiff PALUMBO DESIGN, LLC ("Plaintiff"), a California limited liability company, filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 19STCV18838. Attached hereto as Exhibit "A" is a true and correct copy of the Summons on First Amended Complaint and First Amended Complaint ("FAC"). Plaintiff served the Summons on First Amended Complaint and First Amended Complaint on July 2, 2019.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and in which the citizen of a foreign state is an additional party and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Diversity exists as Plaintiff is a California limited liability company, with its principal place of business/entity address, as listed with the California Secretary of State, being located in Los Angeles, CA.

3

SPECIALLY APPEARING DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b);
DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF

7.  Defendant 1169 HILLCREST, LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada.  NEM 2 LLC, f/k/a NAM 2 LLC, its only member, is domiciled in and organized with its principal place of business in Nevada.

8.  Defendant NEM 2 LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada.  Its sole member is a resident and citizen of the United Kingdom.

9.  Defendant Neil Moffitt, the sole member of NEM 2, is a citizen and resident of the United Kingdom.

10.  Plaintiff's lawsuit asserts causes of action against Defendants for breach of written contract and quantum meruit.  In addition to a prayer for disgorgement, declaratory relief, and an order for an accounting, Plaintiff seeks the reasonable value of its services in the amount of $2,000,000 (FAC at ¶ 54) and/or a development services fee equal to 40% of the net profits from the sale of a $20,000,000 plus piece of real property (FAC at ¶¶ 24, 25, and 49).

11.  Thus, I believe that the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

12.  Concurrently herewith, Defendants have filed a Notice of Filing Notice of Removal to Federal Court with the State Court.

13.  I certify that defendant 1169 Hillcrest, LLC consents to this removal.

I declare under penalty of perjury under the laws of the United States of America the above to be true and correct and that this declaration was executed on August 1, 2019, at West Hollywood, California.

/s/ Ronald Richards
Ronald Richards, Esq

4