JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALUMBO DESIGN, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>1169 HILLCREST, LLC, a Nevada limited liability corporation, NEM 2 LLC, a Nevada limited liability corporation fka NAM 2, NEIL MOFFITT, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19−cv−06664 DSF(PLAx)<br>[Hon. Dale S. Fischer Courtroom 7D]<br><br>**ORDER ON PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:    5/30/2019<br>Removal Date:   8/1/2019<br>Trial Date:     None Set |

Pursuant to the stipulation filed with this Court and entered into by and between Plaintiff/Counterclaim Defendant Palumbo Design, LLC, Defendant/Counterclaimant 1169 Hillcrest, LLC, and Defendants NEM 2, LLC and Neil Moffitt (collectively, "Parties") and *Federal Rules of Civil Procedure* rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice. All Parties are to bear their own costs and fees.

IT IS SO ORDERED.

DATED: December 11, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE